```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0193--CV (JKS)
                "HILIT ROTH V PROVIDENCE HEALTH SYSTEM ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/12/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (3) Citizen or Subject of a Foreign Country
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (362) Personal injury - medical malpratice
                   MEDICAL MALPRACTICE
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 08/12/05 receipt # 00126361
         Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1    ROTH, HILIT | Rodney R. Sisson<br>Sisson Law Group PC<br>445 W. 9th Avenue<br>Anchorage, AK 99501<br>907-258-1991<br>FAX 907-258-9852<br><br>Edmond Francis McGill<br>990 A Street, Penthouse, Ste 403<br>San Rafael, CA 94901<br>415-458-5050<br>FAX 415-458-5056 |
| DEF 1.1    PROVIDENCE HEALTH SYSTEM | Keith Brown<br>Brown Waller et al<br>821 N Street, Suite 202<br>Anchorage, AK 99501-3285<br>907-276-2050<br>FAX 907-276-2051 |
| DEF 2.1    GREEN, PATRICIA | Keith Brown<br>(see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0193--CV (JKS)
                        "HILIT ROTH V PROVIDENCE HEALTH SYSTEM ET AL"

                                     For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/12/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (3) Citizen or Subject of a Foreign Country
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/12/05 receipt # 00126361
          Trial by: Jury


Document #   Filed     Docket text
_____

    1 -  1   08/12/05  Complaint filed; Summons issued.

    1 -  2   08/12/05  PLF 1 Jury Demand.

    2 -  1   08/22/05  JWS Minute Order recusing himself; case is reassigned to Judge
                       Singleton; use case number A05-0193 CV (JKS) on future filings. cc:
                       cnsl, Judge Singleton

    3 -  1   08/23/05  PLF 1 Return of Service Executed re: DEF 1 on 8/18/05.

    4 -  1   08/23/05  PLF 1 Return of Service Executed re: DEF 2 on 8/19/05.

    5 -  1   09/07/05  DEF 1-2 Jury Demand.

    6 -  1   09/07/05  DEF 1-2 Attorney Appearance of Keith E. Brown.

    7 -  1   09/23/05  JKS Minute Order re pltf to require an answer or apply for default due
                       w/in 20 days. cc: cnsl

    8 -  1   09/29/05  DEF 1-2 motion to enlarge time to 10/12/05 to file answer w/att memo &
                       aff.

    9 -  1   09/30/05  JKS Order granting motion to enlarge time to 10/12/05 to file answer
                       (8-1). cc: cnsl

   10 -  1   10/12/05  DEF 1-2 Answer to Complaint.

   11 -  1   10/13/05  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/in 28 days from svc of this ord. cc: cnsl

   12 -  1   10/14/05  DEF 1-2 Certificate of svc re: answer to complaint.

   13 -  1   10/17/05  PLF 1 motion for order permitting attorney to participate as attorney
                       for plaintiff w/local counsel w/att decla.

   14 -  1   10/26/05  DEF 1-2 Notice of Automatic Stay accompanying Chapter 7 Bankruptcy
                       Filing.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0193--CV (JKS)
              "HILIT ROTH V PROVIDENCE HEALTH SYSTEM ET AL"

                           For all filing dates


Document #   Filed      Docket text

    14 -  2  10/26/05   DEF 1-2 motion (request) for clarification.

    15 -  1  10/28/05   PLF 1 Counter Notification re Patricia Green's Bankruptcy w/att exh.

    16 -  1  10/28/05   DEF 1-2 Amended Notification of automatice stay accompanying chapter 7
                        bankruptcy filing.

    16 -  2  10/28/05   DEF 1-2 Amended re: DEF 1-2 motion (request) for clarification. (14-2)

    17 -  1  11/08/05   JKS Minute Order denying motion (request) for clarification (14-2). cc:
                        cnsl

    18 -  1  11/10/05   JKS Order granting motion for order permitting attorney Edmond Francis
                        McGill to participate as attorney w/local cnsl for plaintiff (13-1). cc:
                        cnsl

    19 -  1  11/10/05   PLF 1; DEF 1-2 Scheduling and Planning Conference Report.

    20 -  1  11/14/05   DEF 1 Disclosure Statement.

    21 -  1  11/22/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 11/06/06; Dispositive motions deadline 12/06/06; Estimate of
                        trial 20 days. cc: cnsl
```