Rod R. Sisson, Esq.
Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
Telephone (907) 258-1991
Facsimile (907) 258-9852
Attorney for Plaintiff
Hilit Roth

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HILIT ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A05-193 CV (JKS) |
| | ) | |
| v. | ) | |
| | ) | |
| PROVIDENCE HEALTH SYSTEM, a | ) | |
| Washington non-profit corporation | ) | |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) | |
| CENTER and PATRICIA GREEN, | ) | |
| | ) | |
| Defendants. | ) | **JOINT STATUS REPORT** |
| | ) | |

The undersigned counsel for all parties hereby report on
the status of this case, and this report is submitted by
plaintiff's counsel in accordance with the court's order of May
9, 2006.

At present, there are no motions pending before the court
and there is no trial date.

        A.    Nature of the Case
              1.
                        **For the Plaintiff**
                        Rod R. Sisson
                        Attorney at Law
                        Sisson Law Group, P.C.
                        445 West Ninth Avenue



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

Anchorage, Alaska 99501

Edmond Francis McGill
Attorney At Law
990 A Street, Penthouse, Suite 403
San Rafael, California 94901

**For the Defendants**
Keith E. Brown
Attorney at Law
Brown, Waller & Gibbs, P.C.
821 North Street, Suite 202
Anchorage, AK 99501-3285

2. Jurisdiction in this case is founded on diversity of citizenship.

3. The complaint alleges professional negligence (medical malpractice) with related allegations for negligence per se and vicarious liability. There are also claims for misrepresentation and fraud. There are no counterclaims.

4. None

5. Plaintiff alleges that the defendants committed fraud and misrepresentation in that defendant Green, a nurse, was presented to plaintiff as a medical doctor. Plaintiff alleges that Nurse Green failed to diagnose a life-threatening embolism. Defendants deny liability and contest plaintiff's entitlement to punitive damages on the theories of fraud and misrepresentation. The case otherwise presents typical issues for a medical malpractice case.

6. The parties agree that the plaintiff, Hilit Roth, suffered a very severe brain injury due to hypoxia resulting from an undiagnosed embolus. The medical issues are complex; however, plaintiff's and defendants' counsel have been cooperating on the assessment of the degree of plaintiff's disability and her future needs and are working to develop life care plans. In addition, Hilit Roth has been seen in Israel and evaluated by defendant's expert in physical and rehabilitation medicine, Avital Fast, MD and his report will be made available to all parties once it is completed.
B. Discovery

<div style="float:left">
Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*



Sisson Law Group
</div>

1.   Plaintiff  and  defendants  have  made  discovery disclosures,  including  voluminous  documents,  videos  and comprehensive  witness  lists.   Defendants  have  responded  to numerous  plaintiff's  interrogatories  and  document  requests. Plaintiff  is  preparing  responses  to  defendants  written discovery  requests  and  defendants  are  now  being  served  with plaintiff's  third  written  requests.   Plaintiff's  and defense  counsel  are  actively  engaged  in  resolving  discovery disputes  without  court  intervention.

A  series  of  depositions  of  defendant  Providence Hospital's  medical  and  administrative  staff  have  been completed.   Plaintiff's  counsel  and  defendants'  counsel identified  in  A.  1.  above  all  traveled  to  Israel  in  April 2006  for  12  depositions  in  4  different  locations  in  Israel including  the  deposition  of  the  plaintiff,  her  family members  and  physicians  and  rehabilitation  professionals  who have  or  are  currently  treating  plaintiff  and  conducted  a video  taped  observation  session  of  plaintiff  in  her  home environment

Additional  deponents  have  been  identified  and  dates for  these  depositions  have  been  discussed.  Defendants'  and plaintiff's  counsel  have  agreed  to  mediate  the  case  before taking  these  depositions.

2. None

3. None

4.   There  have  been  no  previous  status  reports; however,  the  parties  did  confer  on  November  3,  2005  and thereafter  submitted  a  Scheduling  and  Planning  Conference Report.

C. Trial
1.   A  jury  trial  has  been  requested  and  it  is anticipated  that  20  trial  days  will  be  necessary.

D. Settlement
1.   The  parties  have  agreed  to  mediate  the  case. Several  mediators  have  been  suggested  and  are  under consideration.   It  is  contemplated  that  mediation  will  be scheduled  in  late  June  or  sometime  in  July  depending  on  the availability  of  the  mediator  who  is  selected.   Given  the severity  of  the  injuries  and  the  complexity  and  practical limitations  of  rehabilitation,  it  may  not  be  possible  to complete  mediation  in  a  single  session.




Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 telephone
(907) 258-9852 facsimile

Sisson Law Group

DATED in Anchorage, Alaska, this **23ʳᵈ** day of May, 2006.

Sisson Law Group, P.C.
Attorney for Plaintiff
Hilit Roth

_____
Rod R. Sisson, Esq.
Alaska Bar No. 7410102

DATED in Anchorage, Alaska, this ___ day of May, 2006.

Brown, Waller & Gibbs, P.C.
Attorney for Defendants
Providence Health System
and Patricia Green

_____
Keith E. Brown, Esq.
Alaska Bar No. 6903003



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

Sisson Law Group

CERTIFICATE OF SERVICE

This is to certify that on this
__23ʳᵈ__ day of May, 2006, I
caused a true and correct copy
of the foregoing to be served by
first class mail, postage prepaid/
hand-delivery on the following:


Keith E. Brown, Esq.
Brown, Waller & Gibbs, P.C.
821 N Street, Suite 202
Anchorage, Alaska 99501


Tessa Holcomb



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*