Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth

```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA

HILIT ROTH,                          )
                                     )
                 Plaintiff,          )
                                     )
     v.                              )
                                     )
PROVIDENCE HEALTH SYSTEM, a          )
 Washington non-profit corporation   )
 d/b/a PROVIDENCE ALASKA MEDICAL     )
 CENTER and PATRICIA GREEN,          )
                                     )
                 Defendants.         )
                                     ) Case No. A05-193 CV (TMB)
```

**STIPULATION TO CONTINUE CERTAIN PRETRIAL DEADLINES**

Plaintiff Hilit Roth, by and through her attorneys Sisson Law Group, P.C. and Edmond Francis McGill, and defendants Providence Health System and Patricia Green, by and through their attorney Brown, Waller & Gibbs, P.C., hereby stipulate to suspend all pretrial deadlines through and until September 15, 2006 as described herein.

According to the Scheduling and Planning Order issued by this court on November 22, 2005, certain pretrial deadlines are scheduled to occur in this case over the next several weeks. However, the parties have scheduled formal mediation for August 17 and 18, 2006, and they have determined that it is in their

mutual interests to suspend all pretrial deadlines in light of the possibility that the upcoming mediation may produce a settlement.

The parties have therefore agreed to suspend all pretrial deadlines until September 15, 2006, by which time they will either notify this court of settlement or request a settlement conference.  The parties respectfully ask the court to so order.

By signing this stipulation, Rod R. Sisson, counsel to Hilit Roth, hereby represents and affirms that he spoke to Keith E. Brown by telephone on August 8, 2006 to discuss this stipulation, that Mr. Brown agreed to the proposal set forth in this stipulation, and that Mr. Brown agreed to allow Mr. Sisson to indicate Mr. Brown's consent to this stipulation as indicated

//

//

//

//

//

//

//

//

//

//



below.

    DATED in Anchorage, Alaska, this 8th day of August, 2006.

                      Sisson Law Group, P.C.
                      Attorney for Plaintiff
                      Hilit Roth

                      /s Rod R. Sisson
                      Rod R. Sisson, Esq.

    DATED in Anchorage, Alaska, this 8th day of August, 2006.

                      Brown, Waller & Gibbs, P.C.
                      Attorney for Defendants
                      Providence Health System
                      and Patricia Green

                      /s Keith E. Brown (consent)
                      Keith E. Brown, Esq.



**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2006, a copy of the foregoing Stipulation to Continue Certain Pretrial Deadlines was served electronically on:

Keith E. Brown, Esq.
Brown, Waller & Gibbs, P.C.
Attorney for Defendants
Providence Health System and Patricia Green

s/Rod R. Sisson, Esq.