Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
|  Washington non-profit corporation | ) |
|  d/b/a PROVIDENCE ALASKA MEDICAL | ) |
|  CENTER and PATRICIA GREEN, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) Case No. A05-193 CV (TMB) |

**PROPOSED ORDER APPROVING STIPULATION TO
CONTINUE CERTAIN PRETRIAL DEADLINES**

The court having approved of the parties' August 8, 2006 Stipulation to Continue Certain Pretrial Deadlines,

IT IS HEREBY ORDERED that all pretrial deadlines in this case are suspended until September 15, 2006, by which time the parties will either notify the court of settlement or will request a scheduling conference.

DATED in Anchorage, Alaska, this _____ day of _____, 2006.

                  _____
                  Hon. Timothy M. Burgess
                  U.S. District Court Judge
                  District of Alaska



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2006, a copy of the foregoing Proposed Order Approving Stipulation to Continue Certain Pretrial Deadlines was served electronically on:

Keith E. Brown, Esq.
Brown, Waller & Gibbs, P.C.
Attorney for Defendants
Providence Health System and
Patricia Green

s/Rod R. Sisson, Esq.



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*