UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
| Washington non-profit corporation | ) |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) |
| CENTER and PATRICIA GREEN, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-193 CV (TMB) |

## ORDER APPROVING STIPULATION TO
## CONTINUE CERTAIN PRETRIAL DEADLINES

The court having approved of the parties' August 8, 2006 Stipulation to Continue Certain

Pretrial Deadlines,

IT IS HEREBY ORDERED that all pretrial deadlines in this case are suspended until

September 15, 2006, by which time the parties will either notify the court of settlement or will

request a scheduling conference.

DATED in Anchorage, Alaska, this 14th day of August, 2006.

/s/ Timothy M. Burgess
_____
Hon. Timothy M. Burgess
U.S. District Court Judge
District of Alaska