```
Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
| Washington non-profit corporation | ) |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) |
| CENTER and PATRICIA GREEN, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-193 CV (TMB) |

**SECOND STIPULATION TO CONTINUE CERTAIN PRETRIAL DEADLINES**

Plaintiff Hilit Roth, by and through her attorneys Sisson Law Group, P.C. and Edmond Francis McGill, and defendants Providence Health System and Patricia Green, by and through their attorney Brown, Waller & Gibbs, P.C., hereby stipulate to suspend all pretrial deadlines through and until December 4, 2006 for the reasons described herein.

By Order dated August 14, 2006, the court approved a stipulation between the parties to continue certain pretrial deadlines to September 15, 2006 to accommodate the parties' plans to mediate. Mediation occurred on August 17 and 18, 2006 in Seattle, Washington, with counsel from Alaska and California

attending, along with a family representative of the plaintiff who traveled from Israel, as well as Alaska and Washington-based risk managers for the defendants.  The case did not settle.  However, the parties have agreed to schedule a second mediation session in Seattle, tentatively being calendared for November 2 and 3, 2006.

In view of the continuing mediation, the parties agree to further suspend all pretrial deadlines until December 4, 2006, by which time they will either notify this court of settlement or request a scheduling conference.  The parties respectfully ask the court to so order.

By signing this stipulation, Rod R. Sisson, counsel for Hilit Roth, hereby represents and affirms that Keith E. Brown and Edmond F. McGill have agreed to the proposal set forth in this stipulation and have agreed to allow Rod R. Sisson to indicate their consent to this stipulation as stated herein.

DATED in Anchorage, Alaska, this 15th day of September, 2006.

>Sisson Law Group, P.C.
>Attorney for Plaintiff
> Hilit Roth
>
>/s Rod R. Sisson
>Rod R. Sisson, Esq.



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

DATED in Anchorage, Alaska, this 15th day of September, 2006.

        Edmond Francis McGill, Esq.
        Attorney for Plaintiff
         Hilit Roth

        <u>/s Edmond F. McGill (consent)</u>
        Edmond F. McGill, Esq.

DATED in Anchorage, Alaska, this 15th day of September, 2006.

        Brown, Waller & Gibbs, P.C.
        Attorney for Defendants
         Providence Health System
         and Patricia Green

        <u>/s Keith E. Brown (consent)</u>
        Keith E. Brown, Esq.

**CERTIFICATE OF SERVICE**
I hereby certify that on September 15, 2006, a copy of the foregoing Stipulation to Continue Certain Pretrial Deadlines was served electronically on:

Edmond Francis McGill, Esq.

Keith E. Brown, Esq.
Brown, Waller & Gibbs, P.C.

<u>s/ Rod R. Sisson, Esq.</u>



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*