Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
| Washington non-profit corporation | ) |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) |
| CENTER and PATRICIA GREEN, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-193 CV (TMB) |

**ORDER APPROVING SECOND STIPULATION TO
CONTINUE CERTAIN PRETRIAL DEADLINES**

The court having approved of the parties' September 15, 2006 Second Stipulation to Continue Certain Pretrial Deadlines,

IT IS HEREBY ORDERED that, so as to fascilitate the parties mediation plans, all pretrial deadlines in this case are suspended until December 4, 2006, by which time the parties will either notify the court of settlement or will request a

//

//

//

//

//

scheduling conference.

DATED in Anchorage, Alaska, this _____ day of _____, 2006.

```
                                  _____
                                  Hon. Timothy M. Burgess
                                  U.S. District Court Judge
                                  District of Alaska
```



**CERTIFICATE OF SERVICE**
I hereby certify that on September 15, 2006, a copy of the foregoing Proposed Order Approving Stipulation to Continue Certain Pretrial Deadlines was served electronically on:

Edmond Francis McGill, Esq.

Keith E. Brown, Esq.
Brown, Waller & Gibbs, P.C.

s/Rod R. Sisson, Esq.

*Roth v. Providence Health System*                                    A05-193 CV (TMB)
*Proposed Order Approving Second Stipulation to Continue*                Page 2 of 2
 *Certain Pretrial Deadlines*