UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH,                         )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>    v.                                   )<br>                                              )<br>PROVIDENCE HEALTH SYSTEM, a  )<br> Washington non-profit corporation  )<br> d/b/a PROVIDENCE ALASKA MEDICAL )<br> CENTER and PATRICIA GREEN,  )<br>                                              )<br>            Defendants.         )<br>_____)| Case No. 3:05-cv-193 TMB |

### ORDER APPROVING SECOND STIPULATION TO
### CONTINUE CERTAIN PRETRIAL DEADLINES

The court having approved of the parties' September 15, 2006 Second Stipulation to Continue Certain Pretrial Deadlines,

**IT IS HEREBY ORDERED** that, so as to facilitate the parties mediation plans, all pretrial deadlines in this case are suspended until December 4, 2006, by which time the parties will either notify the court of settlement or will request a scheduling conference.

DATED in Anchorage, Alaska, this 19th day of September, 2006.

 _/s/ Timothy M. Burgess_____
Timothy M. Burgess
U.S. District Court Judge