```
Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROVIDENCE HEALTH SYSTEM, a ) | |
|  Washington non-profit corporation ) | |
|  d/b/a PROVIDENCE ALASKA MEDICAL ) | |
|  CENTER and PATRICIA GREEN, ) | |
| ) | |
| Defendants. ) | |
| ) Case No. A05-193 CV (TMB) | |

**THIRD STIPULATION TO CONTINUE CERTAIN PRETRIAL DEADLINES**

Plaintiff Hilit Roth, by and through her attorneys Sisson Law Group, P.C. and Edmond Francis McGill, and defendants Providence Health System and Patricia Green, by and through their attorney Brown, Waller & Gibbs, P.C., hereby stipulate to suspend all pretrial deadlines through and until February 2, 2007 for the reasons described herein.

By Order dated September 19, 2006, the court approved a stipulation between the parties to continue certain pretrial deadlines to December 4, 2006 to accommodate the parties' plans to continue their mediation efforts. Further mediation occurred on November 7 and 8, 2006 in Seattle, Washington, and the

Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

SLG
Sisson Law Group

parties have agreed to settle all claims. Representatives of the parties are engaged in preparing documents to formalize the settlement and, therefore, need to extend the December 4 deadline to accommodate these efforts. While an extension to February 2, 2007 is hereby requested, it is anticipated that the parties will be notifying the court of the final settlement by filing appropriate dismissal documents long before February 2.

By signing this stipulation, Rod R. Sisson, counsel for Hilit Roth, hereby represents and affirms that Keith E. Brown and Edmond F. McGill have agreed to the proposal set forth in this stipulation and have agreed to allow Rod R. Sisson to indicate their consent to this stipulation as stated herein.

DATED in Anchorage, Alaska, this 5th day of December, 2006.

```
                                Sisson Law Group, P.C.
                                Attorney for Plaintiff
                                 Hilit Roth

                                /s Rod R. Sisson_____
                                445 West Ninth Avenue
                                Anchorage, AK 99501
                                Phone:  (907) 258-1991
                                Fax:    (907) 258-9852
                                Email:  rod@sissonlawgroup.com
```

//

//

//

//

//



DATED in San Rafael, CA, this 5th day of December, 2006.

Edmond Francis McGill, Esq.
Attorney for Plaintiff
 Hilit Roth

/s Edmond F. McGill (consent)
990 A Street
San Rafael, CA 94901
Phone: (415) 458-5050
Fax:   (415) 458-5056
Email: emcgill@sbcglobal.net

DATED in Anchorage, Alaska, this 5th day of December, 2006.

Brown, Waller & Gibbs, P.C.
Attorney for Defendants
 Providence Health System and
 Patricia Green

/s Keith E. Brown (consent)
821 N Street, Suite 202
Anchorage, AK 99501
Phone: (907) 276-2050
Fax:   (907) 276-2051
Email: brownwag@alaska.net

**CERTIFICATE OF SERVICE**
I hereby certify that on December 5, 2006, a copy of the foregoing was served electronically via the CM/ECF system of the USDC, D.Ak on Keith E. Brown and by fax on co-counsel Edmond F. McGill.

s/ Rod R. Sisson



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*