Rod R. Sisson, Esq.
Sisson Law Group, P.C.
rod@sissonlawgroup.com
Attorney for Plaintiff
 Hilit Roth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
| Washington non-profit corporation | ) |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) |
| CENTER and PATRICIA GREEN, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-193 CV (TMB) |

**PROPOSED ORDER APPROVING THIRD STIPULATION TO
CONTINUE CERTAIN PRETRIAL DEADLINES**

The court having approved of the parties' December 5, 2006 Third Stipulation to Continue Certain Pretrial Deadlines,

IT IS HEREBY ORDERED that, so as to facilitate the parties' efforts to formalize and finalize settlement of all claims, all pretrial deadlines in this case are suspended through and until February 2, 2007, by which time the parties will either notify the court of settlement or will request a scheduling conference.

//

//

//



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

DATED in Anchorage, Alaska, this \_\_\_\_\_ day of _____,
2006.

_____
Hon. Timothy M. Burgess
U.S. District Court Judge
District of Alaska

**CERTIFICATE OF SERVICE**
I hereby certify that on December 5, 2006, a copy of the foregoing was served electronically via the CM/ECF system of the USDC, D.Ak on Keith E. Brown and by fax on co-counsel Edmond F. McGill.

s/ Rod R. Sisson



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*