UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH,                              )<br>                                                  )<br>            Plaintiff,             )<br>                                                  )<br>     v.                                         )<br>                                                  )<br>PROVIDENCE HEALTH SYSTEM, a     )<br> Washington non-profit corporation       )<br> d/b/a PROVIDENCE ALASKA MEDICAL )<br> CENTER and PATRICIA GREEN,           )<br>                                                  )<br>            Defendants.          )<br>_____) | Case No. 3:05-cv-193 TMB |

## ORDER APPROVING THIRD STIPULATION TO
## CONTINUE CERTAIN PRETRIAL DEADLINES

The court having approved of the parties' December 1, 2006 Third Stipulation to Continue Certain Pretrial Deadlines,

IT IS HEREBY ORDERED that, so as to facilitate the parties' efforts to formalize and finalize settlement of all claims, all pretrial deadlines in this case are suspended through and until February 2, 2007, by which time the parties will either notify the court of settlement or will request a scheduling conference.

DATED in Anchorage, Alaska, this 6th day of December, 2006.

/s/ Timothy M. Burgess
Hon. Timothy M. Burgess
U.S. District Court Judge
District of Alaska