Keith Brown, ABA No. 6903003
BROWN, WALLER & GIBBS
821 N Street, Suite 202
Anchorage, Alaska 99501-3285
Telephone:    (907) 276-2050
Facsimile:    (907) 276-2051
brownwag@alaska.net

Attorneys for Defendant.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH,                  ) | |
|                     ) | |
|        Plaintiff,    ) | |
|               ) | |
| vs.               ) | |
|               ) | |
| PROVIDENCE HEALTH SYSTEM, a  ) | |
| Washington non-profit corporation, d/b/a ) | |
| PROVIDENCE ALASKA MEDICAL   ) | |
| CENTER and PATRICIA GREEN   ) | |
|        Defendant.    ) | Case No.  A05-193-CV (TMB) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff and Defendants, by and through their respective counsel, and hereby stipulate that the above-entitled matter may be dismissed with prejudice, with each party to bear their own costs and attorneys fees.  The parties also stipulate to entry of an order making settlement of this case subject to the terms of a confidentiality clause contained in the Release and Settlement Agreement which provides as follows:

> The parties agree that the terms of the settlement as reflected in this Release shall
>
> be maintained in confidence, and that they will not communicate, disseminate or
>
> discuss  the terms of this Release and Settlement, nor will they cause or permit

others, including their attorneys, to communicate the terms of this Release and

Settlement to any newspaper, news media, or publication, organization, or entity

of any kind, or to any other person or entity whatsoever, excepting only those

expressly identified below in this Paragraph. The parties agree that the facts, terms

and amount of this settlement are confidential and shall not be disclosed absent a court

order based upon a showing of good cause and that they will stipulate to entry of a

confidentiality order by the court. Specifically exempted from this requirement are the

reporting requirements of the Health Care Quality Improvement Act of 1986, the

provisions of AS 08.64.345 (Reports relating to malpractice actions and claims), 12 AAC

40.930 (report regarding outcome of medical malpractice action), and the requirements of

AS 09.68.130 and any reporting requirements required by state or federal law regarding

settlement of claims on behalf of or by advanced nurse practitioners.  The parties and

their attorneys are not hereby foreclosed from discussing these matters with their personal

accountants, banks, financial institutions, financial advisors, attorneys or tax

professionals, or with immediate family members provided said banks, financial

institutions, financial advisors, accountants, attorneys, tax professionals, and immediate

family members now and forever agree to keep the terms of this Release and Settlement

Agreement confidential.  The parties may report the terms of the settlement to the Alaska

Judicial Council or other governmental agencies to the extent required by law

In addition, the parties have agreed that the language set forth above permits reporting to taxing authorities such as the Israeli taxing authority, the Internal Revenue Service and California Franchise Tax Board as may be required.  The parties respectfully request the court to issue the proposed order relating to confidentiality which would permits disclosure of this information by the Division of Occupational Licensing as a result of a court order based upon a showing of good cause.

Dated this 2nd day of February, 2007.

BROWN, WALLER & GIBBS
Attorneys for Defendant


By: _____
    Keith Brown
    ABA#6903003



SISSON LAW GROUP, P.C.
EDMOND F. MCGILL (Pro Ha Vice)
Attorney for Plaintiff, Hilt Roth



By: ___\s_____
    Rod R. Sisson
    ABA#7410102

Keith Brown, ABA 6903003
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Telephone:  (907) 276-2050
Facsimile:   (907) 276-2051
brownwag@alaska.net

Attorneys for Defendant.


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

HILIT ROTH,                                    )
                                               )
              Plaintiff,                        )
                                               )
vs.                                            )
                                               )
PROVIDENCE HEALTH SYSTEM, a    )
Washington non-profit corporation, d/b/a )
PROVIDENCE ALASKA MEDICAL      )
CENTER and PATRICIA GREEN        )
              Defendant.                        )        Case No.  A05-193-CV TMB
                                               )
_____)


**ORDER RELATING TO CONFIDENTIALITY OF SETTLEMENT**

        The parties in this case have resolved this case by means of a settlement

reached after mediation.  By the terms of the executed Release and Settlement

Agreement, the terms of the settlement reached between Providence Alaska Medical

Center, et al. and plaintiff are confidential.  Based upon the agreement of the parties and

Stipulation to Dismiss with Prejudice, the court orders that the terms of that settlement are

subject to the terms of the of the confidentiality agreement set forth in the Release and

Settlement Agreement and the amount of the settlement shall not be disclosed except

insofar as is necessary to comply with the reporting requirements of the National

Practitioner Data Bank, the provisions of AS 08.64.345 (reports relating to malpractice

actions and claims, to the extent such reporting may be required in federal litigation), and

12 AAC 40.930 (report regarding outcome of medical malpractice action, to the extent

that may be required in connection with federal litigation), and, pursuant to the agreement

of the parties, the terms of the settlement shall not be disclosed by the Division of

Occupational Licensing and State Nursing Board absent a court order based upon a

showing of good cause.  The parties have also agreed that the terms of the settlement may

be reported to taxing authorities, including, but not limited, to the Israeli taxing authority,

Internal Revenue Service, and California Franchise Tax Board.


IT IS SO ORDERED.

DATED this _____ day of _____, 2007.


_____
TIMOTHY BURGESS
UNITED STATES DISTRICT COURT JUDGE

Keith Brown, ABA No. 6903003
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Telephone:    (907) 276-2050
Facsimile:    (907) 276-2051
brownwag@alaska.net


Attorneys for Defendant.


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HILIT ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PROVIDENCE HEALTH SYSTEM, a | ) | |
| Washington non-profit corporation, d/b/a | ) | |
| PROVIDENCE ALASKA MEDICAL | ) | |
| CENTER and PATRICIA GREEN | ) | |
| Defendants | ) | Case No.  A05-193-CV TMB |
| | ) | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come before the court upon the Stipulation to Dismiss

with Prejudice, each party to bear its own costs and attorneys fees, and the court

being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

All claims against Defendant Providence Health System, a Washington

non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia

Green, Defendants, are dismissed with prejudice, plaintiff Hilit Roth and

defendants Providence Health System, a Washington non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia Green to bear their own costs and attorney's fees.


DATED at Anchorage, Alaska this _____ day of February, 2007.


_____
United States District Judge
Timothy M. Burgess

Keith Brown, ABA No. 6903003
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Telephone:    (907) 276-2050
Facsimile:    (907) 276-2051
brownwag@alaska.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROVIDENCE HEALTH SYSTEM, a | ) |
| Washington non-profit corporation | ) |
| d/b/a PROVIDENCE ALASKA MEDICAL | ) |
| CENTER and PATRICIA GREEN, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-193-CV (TMB) |

**CERTIFICATE OF SERVICE**

Patrice Weinmeister, legal assistant for the law offices of Brown, Waller & Gibbs hereby

certifies that on the2nd day of February, 2007 that a copy of the attached Stipulation for

Dismissal with Prejudice, Order Relating to Confidentiality of Settlement and Judgment of

Dismissal with Prejudice dated February 2nd, 2007 were served by U.S. mail on plaintiff's

attorney Rod R. Sisson, Esquire, Sisson Law Group, P.C., 445 W. 9th Avenue, Anchorage, AK

99501.

DATED this 2nd day of February, 2007, at Anchorage, Alaska.

By: _____
Patrice Weinmeister
Legal Assistant to Keith Brown