Keith Brown, ABA No. 6903003
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Telephone:   (907) 276-2050
Facsimile:   (907) 276-2051
brownwag@alaska.net

Attorneys for Defendant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROVIDENCE HEALTH SYSTEM, a )<br>Washington non-profit corporation, d/b/a )<br>PROVIDENCE ALASKA MEDICAL )<br>CENTER and PATRICIA GREEN )<br>Defendants )<br>_____ ) | Case No.  A05-193-CV TMB |

### JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come before the court upon the Stipulation to Dismiss with Prejudice, each party to bear its own costs and attorneys fees, and the court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

All claims against Defendant Providence Health System, a Washington non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia Green, Defendants, are dismissed with prejudice, plaintiff Hilit Roth and

defendants Providence Health System, a Washington non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia Green to bear their own costs and attorney's fees.

DATED at Anchorage, Alaska this _____ day of February, 2007.

_____
United States District Judge
Timothy M. Burgess