Keith Brown, ABA No. 6903003
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Telephone: (907) 276-2050
Facsimile: (907) 276-2051
brownwag@alaska.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROVIDENCE HEALTH SYSTEM, a ) | |
| Washington non-profit corporation ) | |
| d/b/a PROVIDENCE ALASKA MEDICAL ) | |
| CENTER and PATRICIA GREEN, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A05-193-CV (TMB) |

**CERTIFICATE OF SERVICE**

Patrice Weinmeister, legal assistant for the law offices of Brown, Waller & Gibbs hereby certifies that on the 2nd day of February, 2007 that a copy of the attached Stipulation for Dismissal with Prejudice, Order Relating to Confidentiality of Settlement and Judgment of Dismissal with Prejudice dated February 2nd, 2007 were served by U.S. mail on plaintiff's attorney Rod R. Sisson, Esquire, Sisson Law Group, P.C., 445 W. 9th Avenue, Anchorage, AK 99501.

DATED this 2nd day of February, 2007, at Anchorage, Alaska.

By: /s/ Patrice Weinmeister
Patrice Weinmeister
Legal Assistant to Keith Brown