UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PROVIDENCE HEALTH SYSTEM, a )<br>Washington non-profit corporation, d/b/a )<br>PROVIDENCE ALASKA MEDICAL )<br>CENTER and PATRICIA GREEN )<br>    Defendant. )<br>_____) | <br><br><br><br><br><br><br><br><br>Case No.  3:05-cv-193 TMB |

## ORDER RELATING TO CONFIDENTIALITY OF SETTLEMENT

The parties in this case have resolved this case by means of a settlement reached after mediation. By the terms of the executed Release and Settlement Agreement, the terms of the settlement reached between Providence Alaska Medical Center, et al. and plaintiff are confidential. Based upon the agreement of the parties and Stipulation to Dismiss with Prejudice, the court orders that the terms of that settlement are subject to the terms of the of the confidentiality agreement set forth in the Release and Settlement Agreement and the amount of the settlement shall not be disclosed except insofar as is necessary to comply with the reporting requirements of the National Practitioner Data Bank, the provisions of AS 08.64.345 (reports relating to malpractice actions and claims, to the extent such reporting may be required in federal litigation), and 12 AAC 40.930 (report regarding outcome of medical malpractice action, to the extent

that may be required in connection with federal litigation), and, pursuant to the agreement of the parties, the terms of the settlement shall not be disclosed by the Division of Occupational Licensing and State Nursing Board absent a court order based upon a showing of good cause. The parties have also agreed that the terms of the settlement may be reported to taxing authorities, including, but not limited, to the Israeli taxing authority, Internal Revenue Service, and California Franchise Tax Board.

IT IS SO ORDERED.

DATED this 7th day of February, 2007.

　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　TIMOTHY BURGESS
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE