UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HILIT ROTH, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>PROVIDENCE HEALTH SYSTEM, a )<br>Washington non-profit corporation, d/b/a )<br>PROVIDENCE ALASKA MEDICAL )<br>CENTER and PATRICIA GREEN )<br>      Defendants )<br>_____) | Case No.  3:05-cv-193 TMB |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come before the court upon the Stipulation to Dismiss with Prejudice, each party to bear its own costs and attorneys fees, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

All claims against Defendant Providence Health System, a Washington non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia Green, Defendants, are dismissed with prejudice, plaintiff Hilit Roth and defendants Providence Health System, a Washington non-profit corporation, d/b/a Providence Alaska Medical Center and Patricia Green to bear their own costs and attorney's fees.

DATED at Anchorage, Alaska this 7th day of February, 2007.

     /s/ Timothy M. Burgess
United States District Judge
Timothy M. Burgess